**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY ALEXANDER, ) | NO. CV 13-9527-SVW(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| RANDY GROUND, WARDEN, ) | |
| Respondent. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 7, 2014.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE